UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA ALVAREZ SERRANO,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., *et al.*,<br><br>Defendants. | Case No. 1:18-cv-00313-LJO-EPG<br><br>**ORDER GRANTING MOTION TO PROCEED** *IN FORMA PAUPERIS*<br><br>(ECF No. 2) |

Sonia Alvarez Serrano ("Plaintiff") is proceeding *pro se* in this action. (ECF No. 1). On March 6, 2018, Plaintiff submitted an application to proceed *in forma pauperis*. (ECF No. 2). Plaintiff has made the requisite showing under 28 U.S.C. § 1915(a). Accordingly, her application to proceed *in forma pauperis* is GRANTED.

As to the status of the complaint, Plaintiff is advised that pursuant to 28 U.S.C. § 1915(e)(2), the Court must conduct an initial review of pro se complaints to determine whether it is legally sufficient under the applicable pleading standards. The Court must dismiss a complaint, or portion thereof, if the Court determines that the complaint is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the Court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies

in the complaint can be cured by amendment. The complaint will be screened in due course and Plaintiff will be served with the resulting order.

IT IS SO ORDERED.

Dated: **March 8, 2018**  /s/ Erin P. Groj
UNITED STATES MAGISTRATE JUDGE